IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| CORVETA HOUSTON | ) | CASE NO. 1:14 CV 1518 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **NOTICE OF DISMISSAL** |
| vs. | ) | |
| | ) | |
| DEALZ AUTO TRADE, et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Now comes Plaintiff, by and through counsel, and hereby gives notice that the above captioned matter is settled and dismissed with prejudice, cost to Defendants. The Court retains jurisdiction to enforce the settlement agreement, and the Court may issue an order accordingly.

Respectfully submitted,

*/s/Ronald I. Frederick*
Ronald I. Frederick (#0063609)
Frederick & Berler LLC
767 E. 185th Street
Cleveland, Ohio 44119
(216) 502-1055 (phone)
(216) 566-9400 (fax)
RonF@ClevelandConsumerLaw.com
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of September, 2015 a copy of the foregoing was filed with this Court electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                        */s/Ronald I. Frederick*
                                                        Ronald I. Frederick (#0063609)
                                                        Frederick & Berler LLC
                                                        *Attorney for Plaintiff*